IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  October 27, 2011
Court Reporter:      Gwen Daniel               Probation: Caryl Ricca
                                                           Interpreter: Adriana Weisz


_____

Criminal Action No.  11-cr-00259-WJM          _Counsel:_

UNITED STATES OF AMERICA,                    Robert Brown

        Plaintiff,

v.

MILTON JOEL VALLE-ARRAZOLA,               Matthew Belcher

        Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

09:00 a.m.    Court in Session

Defendant is present and in custody.

| Defendant plead guilty to the Indictment on August 19, 2011. |
| --- |

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of
the Court that the defendant, Milton Joel Valle-Arrazola, is hereby
committed to the custody of the Bureau of Prisons to be imprisoned
for a term of 24 months.**

**ORDERED:  Upon release from imprisonment defendant is placed on supervised
release for a term of two years.**

1

1)    Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.  And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.

2)    The court waives the mandatory drug testing provisions of Of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported at the conclusion of his imprisonment term.

3)    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE:**

1)    If the defendant is deported he shall not thereafter reenter the United States illegally.  If the defendant reenters the United States legally, he shall report to the nearest United States probation office within 72 hours of his return.

2)    The defendant shall pay a special assessment of $100.00, which is due and payable immediately.  The Court finds the defendant does not have the ability to pay a fine, so the fine is wavied.

The defendant is advised of his right to appeal.

Mr. Brown's comments

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

09:29 a.m.    Court in Recess
              Hearing concluded
              Time: /29